(Name) William Henry Sheppard

(Address) PO BOX 8101 A-Quad cell 2214

(City, State, Zip) San Luis Obispo CA 9340-8101

(CDC Inmate No.) C 61934

**FILED**

JAN 0 8 2015

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254      1983

**FILING FEE PAID**
Yes          No

**IFP MOTION FILED**
Yes          No

**COPIES SENT TO**
Court      Pro Se

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

William H.Sheppard          Plaintiff,

v.

RODNEY G.Hood MD
Richard E.Safrin MD
Curtis A. McGUYER MD
R.Harper Summers MD
Ananthram P. Reddy MD

(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. 15 CV 0049 BAS RBB

(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, William H.Sheppard
(print Plaintiff's name)

PO BOX 8101 A-Quad cell 2214, who presently resides at
(mailing address or place of confinement)

San Luis Obispo CA 93409-8101 , were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at Alvarado Hospital

on (dates) 2/8/2010 , and
(institution/place where violation occurred)     (Count 1)     (Count 2)     (Count 3)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Rodney G.Hood MD   Richard E.Safrin MD Curtis A.McGuyer MD
R.Harper Summers Ananthram P.Reddy MD

§ 1983 SD Form
(Rev. 5/98)     ::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant Rodney G.Hood MD                    resides in
                    (name)                                                        (County of residence)
and is employed as a Physician                              . This defendant is sued in
                                     (defendant's position/title (if any))
his/her   individual   official capacity.   (Check one or both.)  Explain how this defendant was acting
under color of law:


Defendant Richard E. Safrin MD            resides in
                    (name)                                                        (County of residence)
and is employed as a Physician                              . This defendant is sued in
                                     (defendant's position/title (if any))
his/her   individual   official capacity.   (Check one or both.)  Explain how this defendant was acting
under color of law:


Defendant Curtis A. McGuyer MD           resides in
                    (name)                                                        (County of residence)
and is employed as a Physician                              . This defendant is sued in
                                     (defendant's position/title (if any))
his/her   individual   official capacity.   (Check one or both.)  Explain how this defendant was acting
under color of law:


Defendant R.Harper Summers MD            resides in
                    (name)                                                        (County of residence)
and is employed as a Physician                              . This defendant is sued in
                                     (defendant's position/title (if any))
his/her   individual   official capacity.   (Check one or both.)  Explain how this defendant was acting
under color of law:

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated:

Medical care

**Medical Malpractice**

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] Doctor Rodney Hood MD showed Deliberate Indifference to My serious medical needs By his Continued delay to have the stent removed from My body.

On or about 2/8/2010 while I was at centinela state prison I Became violently ill and was escorted to the Medical clinic.

Then I was evaluated and sent to Pioneers Memorial health care District -Brawley then I was transfered to Alvarado Hospital For further treatment .

On February 8th 2010 I underwent surgery to remove My Gallbladder And insert a ERCP stent .

The stent was not designed for long -term use the optimum Implantation period for that temporary stent is 30 to 90 days.

On September 28/2013 I learned that the implantation period of The old stent greater than the maximum of 90 days would be Harmful to me.

In my case the stent was inside Me for three years Consequently My pancreas was damaged beyond repair (acute pancreatitis) Leading to life long Chronic illness of type 1 Diabetes for Me .

On 9/28/2013 I was told by medical staff that the acute on set Type 1 Diabetes was the direct result of the (acute pancreatitis) Which was Due to the infection caused by the Prolonged and Excessive implantation of the temporary stent inside my body.

This debilitating infirmity was caused by the incompetence and delibrate indifference and neglence lack of training of The Medical staff under the jurisdiction of the CDCR and will Assuredly lead to a significantly shortend life span for Me.

Count 2: The following civil right has been violated:

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Count 3: The following civil right has been violated:

(E.g., right to medical care, access to courts,

::ODMA\PCDOCS\WORDPERFECT\22834\1

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?     Yes     (No.)

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d)  Issues raised:

_____

_____

_____

_____

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

Dated 10/20/13
Relief was sought by way of CDCR 602 HC (REV. 6/13)Log13026669
CDCR 602 HC (REV.6/13 Log 14048734 dated 10/23/14
Then I went to the California victim compensation & Government
Claims Board August 22,2014 RE Claim G61586 for william sheppard
C-61934.

CDCR 602 HC(REV. 04/11)DATED 11-2-14 Log 14048814 Cancellation
Notic.

CDCR 602 HC ℝ REV.(6/13) Log 14048734 Rejection notice dated
10/21/2014

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

      1. An injunction preventing defendant(s):

      2. Damages in the sum of $ 5.000.000.00  5 Million Dollers

      3. Punitive damages in the sum of $ 1.000.000.00  1 Million Dollers

      4. Other:

**F. Demand for Jury Trial**

    Plaintiff demands a trial by ☐ Jury ☒ Court.  (Choose one.)

**G.   Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐   Plaintiff consents to magistrate     **OR**     ☒   Plaintiff requests that a district judge
    judge jurisdiction as set forth                         be designated to decide dispositive
    above.                                              matters and trial in this case.

    I declare under the penalty of perjury that the foregoing is true and correct.

_12-22-14_
Date

_William H. Sheppard_
Signature of Plaintiff

DEC 31, 2014
WED. MORNING
7:30 A.M.

TO: CLERK

ATTENTION PLEASE. UNITED STATES DISTRICT COURT CLERK.
I'M SENDING (34) PAGES OF MY EXIBITS TO BE
COPIED BY YOU BECAUSE OF RULES OF THIS PRISON.
I'M ALSO SENDING YOU (2) PAGES OF THE RULES I
HAVE FOLLOWED. COULD YOU PLEASE SEND ME
A COPY OF THE 34 PAGES OF THE EXIBIT'S?
THANK YOU!

FROM: WILLIAM SHEPPARD
CDCR # C61934  CELL # 2214
CALIFORNIA MENS COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CALIFORNIA
93409-8101

SIGNED: William Sheppard
DATED: DEC 31, 2014

# INMATE LEGAL COPY CHECKLIST
## EDUCATION OFFICE HOURS: 0800-1530
### Closed for lunch: 1100-1230
Legal mail <u>drop-off</u>: 0800-1100 or 1245-1530 (No weekends or Holidays)
Legal mail <u>pick-up</u>: from 1300-1530 <u>ONLY</u> (No weekends or Holidays)
<u>Please allow three (3) working days to process.</u>

### <u>Before you turn in legal work to be copied, make sure that:</u>

1. Request for Processing of Legal Documents and Trust Account Withdrawal Orders are <u>filled out completely and correctly</u>.  Please be sure that you review the "Legal Photocopy Guidelines" for the <u>correct number of copies</u> allowed per court/filing.  If the correct amount is not indicated, your paperwork will be returned.
2. Your paperwork is <u>ready to file in court</u>.  The <u>specific court</u> that the documents are being sent to <u>must be clearly identified</u>.
3. There is an exhibit content page and <u>all exhibit pages are labeled</u>.
4. <u>All double- sided pages are sorted together and clearly marked</u>.
5. All documents must be on an 8 ½" x 11" paper.  If you have anything that is smaller than this size, tape it to a standard page and <u>make sure that all sides of the small paper are taped so as not to jam the copy machine</u>.
6. Legal paperwork <u>is placed in an envelope</u>.  Each envelope may contain only one (1) court case.
7. The paperwork <u>doesn't contain any staples</u> (if staples are not removed, the paperwork will be returned to you!).
8. Legal copies <u>can only be dropped-off and/or picked-up by the inmate filing the documents ( You cannot file legal work for another inmate)</u>.  A CDCR <u>ID card must be presented</u> at the time of drop-off and pick-up.
9. If not submitted in the correct format, <u>the paperwork will be returned</u>!!


**\*\* 50 Page Limit:**  Legal documents, including all exhibits and attachments, submitted for duplication are not to exceed fifty (50) pages in total length, <u>except when necessary to advance litigation</u>.  A written explanation for the need for excess documentation length must be provided on paperwork.

❖ If legal work is not in the correct format, it will be returned for correction.  Duplicating services will <u>NOT</u> be completed until all of the above guidelines are followed.  Failure to follow these directions will result in all materials being returned to the inmate and the three days to process any copying will start over.  <u>Violations are subject to progressive disciplinary process.</u>



Inmate Legal Copy Checklist (Rev.3.25.13)

### District Court

**Eastern District**

| | | |
|---|---|---|
| 1983 Civil Rights Complaint | - 1 copy | per form |
| Supporting document | - 1 copy | |
| Subsequent filings | - 3 copies | Local Rule 133(d)(2) |
| | | |
| 2254 Habeas Corpus | - 3 copies | 28 foll. §2254 Rule 4 |
| Supporting document | | Local Rule 133(d)(2) |

**Central District**

| | | |
|---|---|---|
| 1983 Civil Rights Complaint | - 3 copies | per form |
| Supporting document | | |
| | | |
| 2254 Habeas Corpus | - 3 copies | 28 foll. §2254 Rule 4 |
| Supporting document | | |

**Northern District**

| | | |
|---|---|---|
| 1983 Civil Rights Complaint | - 1 copy | per form |
| | | |
| 2254 Habeas Corpus | - 2 copies | Local Rule 2254-3(g) |
| Supporting document | - 2 copies | Local Rule 2254-3(g) |

**Southern District**

| | | |
|---|---|---|
| 1983 Civil Rights Complaint | - 3 copies | per form |
| | | |
| 2254 Habeas Corpus | - 2 copies | per Form |
| Supporting document | - 2 copies | per Form |

### Ninth Circuit Court of Appeals

| | | |
|---|---|---|
| All Petitions | - 2 copies | 9th Cir. R. 21-1 (b) |
| Supporting document | - 2 copies | 9th Cir. R. 21-1 (b) |
| Motions | - 2 copies | 9th Cir. R. 27-1 (d) (3) |
| Supporting document | - 2 copies | 9th Cir. R. 27-1 (d) (3) |
| Petition for Rehearing | - 2 copies | 9th Cir. R. 35-4 (b) |
| Supporting document | - 2 copies | 9th Cir. R. 35-4 (b) |
| Briefs | - 10 copies | 9th Cir. R. 31 -1 |

### United States Supreme Court

| | | |
|---|---|---|
| Petition for Writ of Certiorari | - 2 copies | Supreme Court Rule 12.2 |
| Supporting document | - 2 copies | |
| | | |
| Reply to Opposition to Writ | - 2 copies | Supreme Court Rule 15.3 |
| | | |
| Habeas Corpus | - 2 copies | Supreme Court Rule 20.2 |
| | | |
| All Motions | - 2 copies | Supreme Court Rule 21.2(b) |

Compiled by P. Moloney, Senior Librarian, West Library, California Men's Colony

# LEGAL PHOTOCOPY GUIDELINES

Authorized number of legal copies to be made per Rules of Court (2011). These numbers include 1 copy to be kept by inmate for his records and, when applicable, 1 copy to serve on lead opposing council.

## STATE COURTS

### *Supreme Court*

| | | | |
|---|---|---|---|
| Writ of habeas corpus | - | 12 copies | Rule 8.44(a)(2) |
| Supporting document | - | 3 copies | Rule 8.44(a)(3) |

Petition for review, an answer, a reply, a brief on the merits, an amicus curiae brief, an answer to an amicus curiae brief, a petition for rehearing, or an answer to a petition for rehearing.              -         15 copies              Rule 8.44(a)(1)

Petition for review to exhaust state remedies, motion or an opposition or other response to a motion              -         10 copies              Rule 8.44(a)(4)

Application to extend time,
or any other document              -         3 copies              Rule 8.44(a)(6)

### *Court of Appeal*

| | | | |
|---|---|---|---|
| Writ of habeas corpus 8.380(c ) | - | 1 copy | Rule 8.44(b)(2), |
| Supporting document | - | 1 copy | Rule 8.44(b)(2) |

Any other petition, an answer, opposition or other response
to a petition, or a reply              -         6 copies              Rule 8.44(b)(3)
Supporting document              -         1 copy              Rule 8.44(b)(5)

Motion or an opposition or
other response to a motion-         5 copies              Rule 8.44(b)(4)
Supporting document              -         1 copy              Rule 8.44(b)(5)
An application to extend time,
or any other document              -         3 copies              Rule 8.44(b)(6), (7)

### *Superior Court*

Writ of habeas corpus              -         2 copies              Instruction Sheet

All Other Filings and              -         Original to court, 1 copy for Inmate and 1 copy for
Supporting document                       each named defendant.

Compiled by P. Moloney, Senior Librarian, West Library, California Men's Colony

1. Pioneers Memorial Healthcare District
   Emergency Room visit dated 2/6/2010

2. Patient-inmate Health Care Appeal
   Dated 10/20/13

3. California victim Compensation&Government Claims Board
   Dated August 22,2014
   Claim G616586 For William H.Sheppard C-61934

4. Patient-inmate Health care appeal
   Dated 10/23/14

5. inmate Appeal Assignment Notice Dated April 6,2010
   Log CEN-D-10-00441

6. Inmate Appeal Heath care  CMC Log 14048734
   Dated 11/3/2014

7. Operative report dated 2/7/2010 admit date 2/12/2010
   Service date.

8. Triage and Treatment Area Progress note
   Dictated by Michael Fraze MD Dated 9/28/2013

9. Citizen's Complaint Against Employee of the california
   Department of Corrections and Rehabilitation
   Dated 2/8/2010

10. Alvarado Hospital        Also Surgical Pathology Report dated8/2
    Consultation dated 2/9/2010 '8/2/2010

11. August 12,2014 request for extention to the board of
    Control

12. Alvarado Hospital
    Operative Report dated 2/12/2010

13. Alvarado Hospital
    Transfer Summary dated 2/7/2010

14. inmate parolee appeal Health care CDCR (REV. 04/11  dated 11/
    Log 14048814    dated 11/12/14

# ATTACHMENT

California Correctional Health Care Services

CENTINELA STATE PRISON

## TRIAGE AND TREATMENT AREA PROGRESS NOTE

| NAME: SHEPPARD, WILLIAM | CDCR#: C61934 | DATE OF SERVICE: 09/28/2013 |
|---|---|---|
| DATE OF BIRTH: 09/06/1959 | HOUSING: C 005 1107001L | PAROLE DATE: |

TIME: 10:07

CHRONIC MEDICAL PROBLEMS:
1. New onset diabetes.
2. Hypertension.

CHIEF COMPLAINT: None.



SUBJECTIVE: The patient returns from an ERCP/stent removal. The patient had severe complications secondary to an old stent placement that had become occluded. The patient was septic, had very deranged laboratories and the acute pancreatitis that it caused elicited an acute presentation of type 1 diabetes. The patient has gradually been improving his diabetic status. He takes 24 units of Lantus only, and he continues to do well. The patient had a blood sugar reading of 121 this morning here in the Triage and Treatment Area (TTA) two hours postprandial. The patient denies abdominal pain, he denies nausea, vomiting, chest pain or shortness of breath. The patient denies any hypoglycemic events.

MEDICATIONS:
1. Tylenol 325 mg tabs two p.o. every 6 hours p.r.n.
2. Amlodipine 10 mg tabs one p.o. at bedtime.
3. Aspirin 81 mg one p.o. daily.
4. Insulin Lantus 24 units subcutaneously q. p.m.
5. Lisinopril 40 mg tabs one p.o. daily.
6. Claritin 10 mg tabs one p.o. daily.
7. Prilosec 20 mg one p.o. daily.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

OBJECTIVE: VITAL SIGNS: Blood pressure 137/75 at a pulse rate of 44. Oxygen saturation is 96% on room air at respiratory rate of 16. Temperature 98.4 degrees. GENERAL: The patient is alert in no apparent distress. He is communicative in English. His Test of Adult Basic Education score is 7.7. CHEST: Clear. HEART: Bradycardic, regular without murmurs, snaps or rubs. ABDOMEN: Soft, nontender, nondistended. Bowel sounds are easily heard.

ASSESSMENT AND PLAN: Status post ERCP and stent removal. The patient states that he feels good. He is uncomfortable being on what he refers to as a "CTQ" and he would like to be able to move around a little more than he has. That will be something we will arrange with loosening the restrictions on his lay-in. The patient will continue his current medications including the 24 units of Lantus nightly and he will follow up with this physician on C Yard next week. At that time we anticipate lowering his Lantus dose by 4 more units. The patient has been given precautions to notify nursing staff if he has any complications that he recognizes to be associated with the ERCP.

EDUCATION: The patient was educated about the reason for the acute onset of his diabetes.

DISPOSITION/FOLLOWUP: On C Yard this coming week.

EFFECTIVE COMMUNICATION: There are no issues with effective communication as indicated above.

COMMENTS:

RECEIVED
OCT 2 7 2014
Health Care Appeals

2014 OCT 23 PM 12: 01
WARDEN'S OFFICE--CMC
RECEIVED

RECEIVED
NOV 5 - 2014
Health Care Appeals

DICTATED BY: Kevin Herman, MD
SHEPPARD WILLIAM

Confidential Saved 2013-10-08T16:06:1934

CENTINELA STATE PRISON
2302 BROWN RD. – P.O. BOX 731
Imperial, CA 92251

# PIONEERS MEMORIAL HEALTHCARE DISTRICT
## 207 WEST LEGION ROAD
## BRAWLEY, CA 92227

## EMERGENCY ROOM VISIT

DATE: _02/06/10_

INMATE NAME: _Sheppard, William_

CDC#: _C61934_

Confidential Saved 2013-10-10T22:18:11Z

Exhibit A-1
Exhibit A-1

**ALVARADO HOSPITAL**
6655 ALVARADO ROAD  SAN DIEGO CA  92120

**DEPARTMENT OF PATHOLOGY**
Richard E. Safrin, M.D.
Curtis A. McGuyer, M.D.
R. Harper Summers, M.D.

(619)229-3135

**Pathology Accession Number:**
01- S-10-00482

(9090)40-06-26    Fin#: 020439857
SHEPPARD, WILLIAM    C61934
Dob: 09/06/1959  Sex: M  Loc:4NW

404A

Ordering Physician: FARINAS LEAH

Copy to: HOOD RODNEY
CENTINELA STATE PRISON

---

## SURGICAL PATHOLOGY REPORT

Date of Procedure: 08FEB10

**GROSS DESCRIPTION:**
The specimens are received fresh in three containers.  Specimen #1 is labeled
"GALLBLADDER AND CONTENTS" and consists of a previously opened gallbladder
measuring 10 x 3 x 2 cm.  The gallbladder wall is disrupted.  It varies in
thickness from 0.3 to 0.4 cm.  The mucosal surface is somewhat eroded and
red.  Although somewhat fibrotic, the gallbladder does not appear to be
neoplastic.  Approximately 30 to 50 stones are present ranging in size from
0.1 to 1.0 cm.   Representative sections are submitted in cassette A.

Specimen #2 is labeled "LIVER BIOPSY" and consists of a cylindrically shaped
fragment of pink-orange tissue measuring 1.2 cm in length and approximately
0.1 cm in diameter.  The specimen is entirely submitted in cassette B.

Specimen #3 is labeled "LIVER ABSCESS WALL" and consists of fragmented
pink-tan material measuring in aggregate 1 x 1 x 0.6 cm.  The material is
entirely submitted in cassette C.

RHS:ic

**MICROSCOPIC DESCRIPTION:**
Sections of specimen #1 reveal a thickened fibrotic gallbladder wall.  The
mucosal surface is largely eroded.  There is scattered acute and chronic
inflammation.  No neoplasm is seen.

Sections of specimen #2 reveal a needle core biopsy of liver which contains
six portal tracts.  The lobular architecture is preserved and only a small
amount of chronic inflammation is present.  There is steatosis and
approximately 15% of hepatocytes.  No abnormal pigments or inclusions are
identified.  No bile stasis is seen.  Bile duct proliferation is not
identified.  Iron stain reveals increased iron within macrophages.  Trichrome
stain reveals only a small amount of fibrosis.

Sections of specimen #3 reveal liver parenchymal tissue with extensive areas
of necrosis, acute inflammation and cellular debris.  The surrounding hepatic
tissue contains dense fibrosis and reactive changes.

PERMANENT CHART COPY
DO NOT REMOVE

**ANATOMIC PATHOLOGY REPORT**

Page    1, Continued

**ALVARADO HOSPITAL**
San Diego, California 92120

**CONSULTATION**

| | |
|---|---|
| Visit #: | 20439857 |
| MR #: | 400626 |
| Patient: | SHEPPARD, WILLIAM |
| Location: | 4NW 403/B   C61934 |
| Admitting Physician: | Rodney G. Hood, MD |
| Admit Date: | 02/07/2010 |
| Consultation Date: | 02/09/2010 |
| Page 1 | |

cc:   Rodney G. Hood, MD (FAX)
      Leah P. Farinas, MD (FAX)
      Michael L. Butera, MD (FAX)

**CONSULTANT:** Michael L. Butera, MD
**REQUESTING PHYSICIAN:** Rodney G. Hood, MD
**REASON FOR CONSULTATION:** Cholecystitis with liver abscess.

**HISTORY OF PRESENT ILLNESS:** Mr. William Sheppard is a 50-year-old African American male currently incarcerated at state prison at Centinela. The patient presented on 2/7 with an approximately 7- to 8-day history of right upper quadrant abdominal pain with intermittent nausea, vomiting. He had fever over the 2 to 3 days prior to admission with temperatures, as far as he could recall, that got as high as 103. He was evidently initially seen at Pioneer Hospital in Brawley, where he had a white count of 10.9, hemoglobin 11.9, hematocrit 34, bilirubin elevated at 5.4, alkaline phosphatase 194, normal creatinine at 1.0, AST at 83, ALT 165. He was started on Primaxin and Flagyl and had a workup suggesting cholecystitis and liver abscess, though I do not have the results of the CT scan or ultrasound of the abdomen done at Pioneer. He was subsequently transferred here to Alvarado Hospital for further evaluation and treatment.

He was admitted midday on 2/27/2010 and seen by Dr. Farinas. Blood cultures were repeated here. The patient was taken to surgery by Dr. Farinas, evidently a laparoscopic cholecystectomy, drainage of liver abscess and liver biopsy. He also had repair of an incarcerated umbilical hernia. An intraoperative cholangiogram was performed and did not show any filling defects or obstruction. The patient is currently back on the medical floor with much improvement in the amount of pain he had, hemodynamically stable, though still febrile.

**PAST MEDICAL HISTORY:** Significant for heavy ethanol use prior to his incarceration. Evidently, he still has access to ethanol in the prison system. He has been incarcerated for 17 years. He was diagnosed with hepatitis C in or about 1993, and in the late 1990s,

ORIGINAL

Confidential Saved 2013-10-10T22:18:11Z



**PIONEERS MEMORIAL**
Healthcare District

207 West Legion Road, Brawley CA 92227    voice 760.351.3261    fax   760.351.3390

# FAX TRANSMISSION SHEET

*Guardian Angel of
Health
Information*

DATE: 2/8/10

**PLEASE DELIVER TO:**

TO: Centinela State Prison

TELEPHONE/TELECOPIER: 482-8005

FROM: Erlinda

TELEPHONE/FAX NUMBER:

**HEALTH INFORMATION MANAGEMENT**
**(760) 351-3261 / (760) 351-3390**

RE: CDC, C101934,
362889

ADMIT DATE: 2/6/10

{} Discharge Summary/Face Sheet
{} Emergency Room Record
{} Emergency Room Note
{} History and Physical
{} Consultation Report/s
{} Progress Note/s
{} Delivery Record/Note

{} Operative Report
{} Anesthesia Record/Report
{} Laboratory Test/s
{} X-ray report/s
{} Pathology report/s
{} EKG, EEG, Treadmill

{} Other_____

TOTAL PAGES SENT, INCLUDING THIS COVER SHEET: 24

If you do not receive all of the pages, please call (760) 351-3261 as soon as possible. The FAX number is (760) 351.3390.

The information contained in this communication is PRIVILEGED and CONFIDENTIAL, intended only for the individual or entity addressed above. If the reader of this message is not the intended recipient, please understand that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone at the number above, collect, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

Confidential Saved 2013-10-10T22:18:11Z

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES


**Health Care Appeal Assignment Notice**
**Second Level HC Appeal**

**Date:**   10/23/2013

**To:**    SHEPPARD, WILLIAM (C61934)
          C  005 1107001L
          Centinela State Prison
          P.O. Box 731
          Imperial, CA 92251-0731

**Tracking/Log #:**  CEN HC 13026669
**Appeal Level:**    Second
**Due Date:**        12/5/2013

This acts as a notice to you that your appeal has been assigned to the Health Care Appeals Office for response. If you have any questions, please contact the Health Care Appeals Coordinator at your institution.

You are advised that you attached voluminous documentation with your appeal that is being returned to you at this time [Title 15, CCR section 3084.6(b)(9)].

If you require further medical assistance, please use the "sick call" process by completing a Health Care Services Request form, CDC 7362, to request an appointment with a clinician to address your concerns.

Kirby, T
Health Care Appeals Coordinator
Health Care Appeals Office
Centinela State Prison

Your appeal contents and a thorough clinical review of your eUHR were conducted at the Second Formal level by Dr. M. Fraze on 12/19/2013. The eUHR review reflects that in 2010 you were sent to an outside hospital for gall bladder inflammation and the diagnosis was acute cholecystitis where a cholecystectomy (removal of the gall bladder) was performed. A year later, you had a colonoscopy performed at the outside hospital. During 2012, you were seen on at least twelve occasions where the clinicians continued diagnostic testing to evaluate and assess the etiology of your medical condition. In July, 2013, you were sent to the outside hospital where an ultrasound of the abdomen showed mild dilation of the biliary duct and you were diagnosed with diabetes due to a mild ketoacidosis. Upon return to the institution, you were admitted to the Correctional Treatment Center (CTC). The CTC clinician evaluated the hospital lab results and determined that a return to the outside hospital was necessary for further work up and possible admission. A radiographic examination of the bile ducts and pancreas (ERCP) was done in July, 2013 where it was noted that stone removal was needed and the common bile duct stent was replaced at that time. Subsequently, you had additional ERCP procedures performed where the stent was replaced again and several stones were removed. In September, 2013, another ERCP was done to remove the latest stent. During your clinic visits with your CEN provider, your diabetic condition was treated with insulin shots and your blood glucose was checked on a regular basis. The 9/28/2013 Triage and Treatment Area (TTA) visit was a follow up to the ERCP/stent removal that was performed at UCSD. The notes indicated that your diabetic status was improving and a decrease in the insulin dosage would be considered at your next provider's clinic visit. It was also noted that your labs from September to mid-November, 2013, were normalizing and your diabetic status was resolving. You were seen in a Chronic Care follow up visit on 11/12/2013 where it was noted that your blood glucose was well controlled, blood pressure readings were within normal limits, and the insulin dosage continued to be lowered for conversion to oral medications. Your weight was 214 pounds at that visit.

## APPEAL DECISION:

Based on the above, the appeal is **Denied** in that it is not within the realm of the appeals process to award monetary compensation and the appeals process does not conduct internal affairs investigations. It is noted that you transferred to California Men's Colony on 12/12/2013 and as such, Centinela no longer oversees your medical care. You are advised to submit a CDCR 7362 to your current clinic staff should you have any further medical concerns.

You are advised that this issue may be submitted for a Director's Level of Review if desired within 30 days of receipt of this appeal.

Dr. A. Sangha, CME
**Chief Medical Executive**
**Centinela State Prison**

Kevin Reilly, DVM, MPVM
**Chief Executive Officer**
**California Correctional Health Care Services**
**Centinela State Prison**

OTLA-HC
JAN 2 3 2014
HC APPEALS

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 6/13)                                                                              Page 1 of 2

| STAFF USE ONLY | | | Institution | Log # | Category |
|---|---|---|---|---|---|
| Emergency Appeal | ☐Yes | ☐No | CEN HC | 13026669 | |
| Signature: | | Date: | | FOR STAFF USE ONLY | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDCR Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sheppard William | C61934 | C-5-107 | PIA |

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
MEDICAL MALpractice

**SECTION A** Explain your Issue (If you need more space, use Section A of the CDCR 602-A): While AT WORK, ON OR ABOUT SepTEMBER 20, 2013 I BecAME VIOLENTLY ill. MY eyes Were YelLOW AND I BegAN ShAKING With chills IN The MiDeST OF INTENSE episodes OF VOMITING I WAS escorTed To The C FACILITY MeDiCAL

**SECTION B** Action requested (If you need more space, use Section B of the CDCR 602-A): AN INTERNAL AFFAIRS INVESTIGATION To CONFIRM The ALLEGATIONS AsserTed IN This Appeal AND MONETARY COMPENSATION FOR MY INJURIES To TALLING $10,000,000 TEN Million DollARes.

☒ Supporting Documents: Refer to CCR 3084.3.
☐ List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):
2 PAGes OF MeDiCAL DOCUMENTS (Physician's ORders

☐ No, I have not attached any supporting documents. Reason : _____

Patient-Inmate Signature: W.Sheppard          Date Submitted: 10-20-13
☐ By placing my initials in this box, I waive my right to receive an interview.

**SECTION C: FIRST LEVEL** (Staff Use Only)          Check One: Is CDCR 602-A attached?          ☐Yes  ☒No
This appeal has been:          Check One: Is this a recategorized/converted 1824?          ☐Yes  ☐No
☒ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction):  Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter):  Date: _____
☐ Accepted   Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____ Interview Location: _____
Your appeal issue is:  ☐Granted  ☐Granted in part  ☐Denied  ☐Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted?  ☐Yes  ☐No | |
|---|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ | Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summarized information | (Print Name) | |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | Signature: _____ | Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: _____ | Title: _____ |
| 4. Comments: | | | (Print Name) | |
| | | | Signature: _____ | |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: | Date closed and mailed/delivered to appellant: |



BYPASS

RECEIVED
OCT 22 2013
HC APPEALS

COMPLETED
2L
JAN - 6 2014
HC APPEALS

STAFF USE ONLY
RECEIVED
OCT 21 2014

COMPLETED
OTLA-HC
MAR 25 2014
HC APPEALS

RECEIVED
OTLA-HC
JAN 23 2014
HC APPEALS

Health Care Appeals

STATE OF CALIFORNIA
**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (Rev. 06/13)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

13026669

Page 2 of 2

If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**BYPASS**

Patient-Inmate Signature: _____   Date Submitted: _____

This appeal has been:

Check One: Is CDCR 602-A attached?   ☒ Yes  ☐ No
Check One: Is this a recatergorized/converted 1824?   ☐ Yes  ☒ No

☐ Bypassed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter):   Date: _____   Date: _____   Date: _____   Date: _____
☒ Accepted   Assigned to: M. Fraze   Title: M.D.   Date Assigned: OCT 2 2 2013   Date Due: DEC 0 5 2013

Second Level Responder: Complete a Second Level response. Include interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 11-20-2013   Interview Location: Clinic

Your appeal issue is:   ☐ Granted   ☐ Granted in part   ☒ Denied   ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted?  ☒ Yes  ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: T. Kirby   Title: AGPA |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | Signature: T. Kirby   Date completed: 1-2-14 |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☒ Reached | |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: K Reilly   Title: CEO |
| 4. Comments: TABE-7.7 | | | Signature: _____ |

HCAC Use Only
Date received by HCAC: OCT 2 2 2013

HCAC Use Only
Date closed and mailed/delivered to appellant: JAN - 6 2014

If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

I AM NOT SATISFIED WITH THE SECOND LEVEL RESPONSE, I AM ATTACHING A SUPPORTING DOCUMENTS MICHAEL FRAZE M.D NOTE TRIAGE AND TREATMENT AREA PROGRESS NOTE

Patient-Inmate Signature: William Sheppard   Date Submitted: 1-18-2014

☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter):   Date: _____   Date: _____   Date: _____   Date: _____
☒ Accepted at the Third Level of Review
Your appeal is:   ☐ Granted   ☐ Granted in part   ☒ Denied   ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date closed and mailed/delivered to appellant: MAR 2 5 2014

Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Patient-Inmate Signature: _____   Date Submitted: _____
Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

# STAFF USE ONLY

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CEN HC 13026669 | | |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sheppard, William | C-61934 | C5/107L | CALPIA |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** I was transferred to Alvarado Hospital in San Diego.  There, I was examined and they determined that I had an infection. The doctor said that the infection was caused by a stent placed inside me in 2010 while my gall bladder was being removed. The doctors also told me that that particular stent was not designed for long-term use. The optimum implantation period for that temporary stent is 30 to 90 days. On September 28, 2013, I learned that an implantation period of the old stent greater than the maximum 90 days would be harmful. In my case, the stent was inside me for three (3) years and consequently, my pancreas was damaged beyond repair (acute pancreatitis) leading to a lifelong chronic illness of type 1 diabetes for me. On 9/28/13, I was told that the acute onset of type 1 diabetes was the ~~direct~~ ~~result~~ direct result of the acute pancreatitis, which was due to the infection caused by the prolonged and excessive implantation of the temporary stent inside my body. This debilitating infirmity was caused by the incompetence, deliberate indifference, negligence, and lack of training of the medical staff under the jurisdiction of the CDCR, and will assuredly lead to a significantly shortened lifespan for me.

Inmate/Parolee Signature: *William Sheppard*          Date Submitted: 10-17-13

**B. Continuation of CDCR 602, Section B only (Action requested):**

Inmate/Parolee Signature: *William Sheppard*          Date Submitted: 10-17-13

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D.  Continuation of CDCR 602,  Section D only (Dissatisfied with First Level response):** _____

Inmate/Parolee Signature: _William Sheppard_          Date Submitted: _10-17-13_

**F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

Inmate/Parolee Signature: _William Sheppard_          Date Submitted: _10-17-13_

EXHIBIT A-9



Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
EDMUND G. BROWN JR., Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 6th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

MARYBEL BATJER
Secretary
Government Operations Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
JULIE NAUMAN
Executive Officer

William H Sheppard C61934
P O Box 8101
San Luis Obispo, CA  93409 8101

August 22, 2014

RE:  Claim G616586 for William H Sheppard, C61934

Dear William Sheppard,

Thank you for your recent correspondence regarding the Government Claim you filed with the Victim Compensation and Government Claims Board (Board), Claim Number G616586.

Please be advised that Claim G616586 was acted on by the Board on March 20, 2014.  If you wish to pursue this matter further, your next course of action would be through the courts.  As you were previously advised in the letter you were issued notifying you of the Board's action on your claim, subject to certain exceptions you have only six (6) months from the date the letter was personally delivered or deposited in the mail to file a court action.  If you desire to consult an attorney, you should do so immediately.

"Do Not" name the Board in the lawsuit unless the Board was named as a defendant in the original suit.  Please consult Government Code section 955.4 regarding proper service of the summons.

Sincerely

Government Claims Program
Victim Compensation and Government Claims Board

cc:  Corrections and Rehabilitation

Ltr 228

EXHIBIT A-7

STATE OF CALIFORNIA

**PATIENT-INMATE HEALTH CARE APPEAL**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 602 HC (REV. 6/13)   TABE = 8.1   Page 1 of 2

| STAFF USE ONLY | | | | |
|---|---|---|---|---|
| Emergency Appeal | ☐ Yes   ☐ No | Institution: CMC HC | Log #: 14048734 | Category: 8 |
| Signature: | Date: | FOR STAFF USE ONLY | | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**      **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): Sheppard, William | CDCR Number: E61934 | Unit/Cell Number: 2214 | Assignment: P T A |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
ON

**SECTION A** Explain your issue (If you need more space, use Section A of the CDCR 602-A): In 2013 While
Centinela State prison I got sick because of a ols stent placemen
That should have been tackin out 90 Days after It was put In whil
I was at the out side hospital in san Diego whare I was examined

**SECTION B** Action requested (If you need more space, use Section B of the CDCR 602-A): I should Recive Monetary
Compensation for My Injuries Totalling 1oo'000 .one Hundred th
thousand dollers . Also I am requesting a Olcen Revew of the Medi
CAl malpractice records of the doctor Who did My Surgery Dr .Reddy

☒ **Supporting Documents: Refer to CCR 3084.3.**            I have one supporting Document
List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive
Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ No, I have not attached any supporting documents. Reason : _____

Patient-Inmate Signature: *Sheppard*            Date Submitted: 10-23-14
            By placing my initials in this box, I waive my right to receive an interview.

| **SECTION C FIRST LEVEL - Staff Use Only** | Check One: Is CDCR 602-A attached?  ☒ Yes  ☐ No |
|---|---|
| This appeal has been: | Check One: Is this a recatergorized/converted 1824?  ☐ Yes  ☒ No |

☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction): Date: 10/16/14  Date: 10/21/14  Date: _____  Date: _____
☒ Cancelled (See attached letter): Date: 11/3/14
☐ Accepted Assigned to: ~~~~~~~ _____ Title: _____ Date Assigned: ~~~~~ Date Due: ~~~~~

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted  ☐ Granted in part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☐ Yes ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: _____ Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: _____ Title: _____ |
| 4.Comments: | | | (Print Name) |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: | Date closed and mailed/delivered to appellant: _____ |

RECEIVED            RECEIVED

OCT 21 2014            OCT 27 2014

Health Care Appeals            Health Care Appeals

STAFF USE ONLY

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)    TABES 8.1                                                    Side 1

| | IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|---|
| | | Cmc CIC | 14-048734 | 8 |
| | | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Sheppard, William | CDC Number: C61934 | Unit/Cell Number: 2214 | Assignment: PIA |
|---|---|---|---|

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** At At Alvarado And II was
Determined That I had An infection . The Doctor said that the
Infection was caused By a stent placed inside Me in 2010 when
My Gall Bladder was Being Removed .
The Doctors also told Me That the steat was never Designed
For Long-Term use The OPTIMUM Implantation Period for that
Temporary stent is 30 to 90 Days on September 28' 2013 I learned
That An implantation Period of the old Stent Greater than the
Maximum 90 days would be harmful .
In My case the stent was inside Me for three (3) YEARS and
Consequently . My pancreas was Damaged Beyond Repair ( acute pancr
eatitis) Leading to a life long Chronic Illness of type 1 Diabet
es for Me . On (9/28/13 , I was told that the acute onset of type
1 Diabetes was thedirect result of the acute pancreatitis which
was due to the infection caused by the prolonged and excessive
Implantation of the temporary stentinside My body .
Thisdebilitating infirmity was caused By the incompetence And
Deliberate indifference negligence and lack of training of the
Medical staff under the jurisdiction of the CDCR¿ And Will

Inmate/Parolee Signature: *W. Sheppard*          Date Submitted: 10-23-14
10-23-14

RECEIVED
OCT 21 2014
Health Care Appeals

RECEIVED
OCT 27 2014
Health Care Appea

**B.  Continuation of CDCR 602, Section B only (Action requested):** Assuredly lead to a significantly n
Shortened lifespan forMe And I would also like to have the names of
All Medical stafethat was Involved in My 2010 surgery and the
Staff of THe 2013 surgery.

Inmate/Parolee Signature: *W Sheppard*          Date Submitted: 10-23-14

 # CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:** 11/3/2014            **CANCELLATION NOTICE**

**To:** SHEPPARD, WILLIAM (C61934)
A 002 2214001L
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking/Log #:**     CMC HC 14048734

It has been determined your appeal submitted does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being cancelled and returned to you for the following reason(s):

**Time Constraints: Initial Filing:** CCR, Title 15, Section 3084.6 (c)(4) states in part, "Time limits for submitting the appeal are exceeded even though the inmate or parolee had the opportunity to submit within the prescribed time constraints."

A review of your TABE score indicates you do not have any communication difficulties.

K. Lino

Lino, K.
Health Care Appeals Office
California Men's Colony

Cancellation Note: Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. When an appeal is cancelled, your administrative remedies have not been exhausted pursuant to Title 15 CCR Section 3084.1(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:**   10/16/2014

**REJECTION NOTICE**
**ATTACHME**

**To:**   SHEPPARD, WILLIAM (C61934)
A 002 2214001L
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking/Log #:**   CMC HC 14048734

It has been determined your appeal submitted does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being rejected and returned to you for the following reason(s):

**Bypass Violation:** CCR, Title 15, Section 3084.6(b)(15) states, "The inmate or parolee has submitted the appeal for processing at an inappropriate level bypassing required lower level(s) of review."

- This letter is in response to your correspondences addressed to the Office of Internal Affairs (OIA) Headquarters. The correspondence was forwarded to the California Men's Colony (CMC) Warden's Office and has been forwarded to me for a response.
- In your correspondence, you express your belief you contracted Diabetes because of an alleged surgery form 2010. You attached a CDCR 2142 Citizen's Complaint Against Employee of the California Department of Corrections and Rehabilitation (CDCR) Form to your correspondence depicting your allegations. Nevertheless, recorded on the back sheet of the form is an admonishment stating, *"A complaint by an inmate or parolee under the Department's jurisdiction shall be made on the Inmate/Parolee Appeal Form (CDC Form 602) under the appeal process outlined in the California Code of Regulations, Title 15, Sections 3084 through 3084.7."*
- A review of the institution's Health Care Appeals Tracking System (HCARTS) revealed you have failed to utilize the inmate appeal process to record your alleged medical concerns. Nonetheless your contentions allegedly occurred on or about 2010, which is beyond the 30 calendar days from the date of the occurrence thus, you have exceeded appeal time constraints as described within CCR Title 15, Section 3084.8(a)(b) (1), (2). However; a copy of your correspondence was reviewed. Should you elect, utilize a CDCR CDCR-602-HC Inmate/Parolee Appeal Form (Rev.03/12), along with a CDCR 602-A (Rev. 08/09) Inmate/Parolee Appeal Form Attachment to describe your allegations and forward the appeal forms to the Health Care Appeals Office at California Men's Colony (CMC) as CMC will respond to this appeal. You will be required to remove the CDC 2142 from your supporting documentation prior to your submission, as inmates/parolees under the jurisdiction of the CDCR shall use the inmate/parolee appeal process to record their allegations pursuant to Departmental policy.

**General Allegation:** CCR, Title 15, Section 3084.6(b)(6) states, "The appeal makes a general allegation, but fails to state facts or specify an act or decision consistent with the allegation." **RECEIVED**

- What is your action requested? It is unclear as to what you are requesting.   **NOV 5 – 2014**

**Missing Original Appeal Documents:** CCR, Title 15, Section 3084.6(b)(10) states, "The inmate or parolee has Health Care Appeals

Rejection Note: Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes, 30 calendar days, as specified in CCR 3084.6(a) and CCR 3084.8(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

W. SHEPPARD, C61934
CMC HC 14048734
**ATTACHMENT** Page 2 of 2

not submitted his/her appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original."

- Complete the attached documents and forward them to the Heath Care Appeals Office.

**Not on Approved Forms:** CCR, Title 15, Section 3084.6(b)(14) states, "The inmate or parolee has not submitted his/her appeal on the departmentally approved appeal forms" and Section 3084.2(a) indicates you are limited to the space provided on the CDCR 602-HC, Patient/Inmate Health Care Appeal, and one CDCR 602-A, Inmate/Parolee Appeal Form Attachment (08/09).

- Form CDC 2142 is not the approved form for processing an appeal.

For your appeal to qualify for processing, you are advised to take the necessary corrective action provided in this notice and resubmit the appeal within 30 calendar days.

- Read all parts of the rejection notice and return completed appeal to Health Care Appeals Office

Lino, K.
Health Care Appeals Office
California Men's Colony

RECEIVED

NOV 5 – 2014

Health Care Appeals

Rejection Note: Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes, 30 calendar days, as specified in CCR 3084.6(a) and CCR 3084.8(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

not submitted his/her appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original."

- Complete the attached documents and forward them to the Heath Care Appeals Office.

**Not on Approved Forms:** CCR, Title 15, Section 3084.6(b)(14) states, "The inmate or parolee has not submitted his/her appeal on the departmentally approved appeal forms" and Section 3084.2(a) indicates you are limited to the space provided on the CDCR 602-HC, Patient/Inmate Health Care Appeal, and one CDCR 602-A, Inmate/Parolee Appeal Form Attachment (08/09).

- Form CDC 2142 is not the approved form for processing an appeal.

For your appeal to qualify for processing, you are advised to take the necessary corrective action provided in this notice and resubmit the appeal within 30 calendar days.

- Read all parts of the rejection notice and return completed appeal to Health Care Appeals Office.

DUPLICATE

Lino, K.
Health Care Appeals Office
California Men's Colony

DUPLICATE

DUPLICAT.

Rejection Note: Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes, 30 calendar days, as specified in CCR 3084.6(a) and CCR 3084.8(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


**Date:**   10/27/2014

**CANCELLATION NOTICE**
**ATTACHMENT**

**To:**   SHEPPARD, WILLIAM (C61934)
A  002 2214001L
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking/Log #:**   CMC HC 14048758

It has been determined your appeal submitted does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being cancelled and returned to you for the following reason(s):

**Duplicate:** CCR, Title 15, Section 3084.6(c)(2) states, "The appeal duplicates an inmate or parolee's previous appeal upon which a decision has been rendered or is pending," and Section 3084.6(a)(5) states, "Erroneous acceptance of an appeal at a lower level does not preclude the next level of review from taking appropriate action, including rejection or cancellation of the appeal."

**General Allegation:** CCR, Title 15, Section 3084.6(b)(6) states, "The appeal makes a general allegation, but fails to state facts or specify an act or decision consistent with the allegation."

**Time Constraints: Initial Filing:** CCR, Title 15, Section 3084.6 (c)(4) states in part, "Time limits for submitting the appeal are exceeded even though the inmate or parolee had the opportunity to submit within the prescribed time constraints."


*K. Lino*
Lino, K.
Health Care Appeals Office
California Men's Colony


**RECEIVED**

**NOV 5 – 2014**

**Health Care Appeals**


Cancellation Note: Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. When an appeal is cancelled, your administrative remedies have not been exhausted pursuant to Title 15 CCR Section 3084.1(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

CDCR 602 HC (REV.63/13)

ATTACHMENT

Log 13026669
And Supporting Documents
Triage and treatment Area Progress note DICTATED BY
Michael Fraze at Centinela state prison C-yeard
~~Then not Copying the Date lines~~

RECEIVED

OCT 2 7 2014

Health Care Appeals



STATE OF CALIFORNIA
CDCR 2142 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

RECEIVED
AUG 20 2014
OIA CENTRAL

## CITIZEN'S COMPLAINT AGAINST EMPLOYEE OF THE
## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

I wish to register a complaint against the following named employee(s) of the California Department of Corrections and Rehabilitation:

| Employee(s) Name | Description (Job title, ID number, vehicle and license number, home address, etc. if known) | Employee's Work Location (if known) |
|---|---|---|
| Dr. REDDY | | SAN DIEGO, CA |
| AMY MILLER | WARDEN | CenTANeLA |

| Date(s) of Incident | Time of Incident | Location of Incident |
|---|---|---|
| 2010 - 2013 | 2013 | CentANtinal |

**Details of Complaint** (Include nature of complaint, names and address of witnesses and other involved parties, names of any law enforcement or social services agencies, doctors, or attorneys contacted, a chronology of the events, etc. It is important to include as many factual details as possible so that your complaint may be thoroughly investigated. Attach additional sheets if necessary.)

On or about 2010 I had surgery removal of gall BLADDER & STENT placed in. Doctor failed to remove in timely manner of ninety days (90) waited (3) three year. Became infected where stent damaged My pancreas resulting in Diabetes.

In order that the Department may contact you relative to your complaint, please provide the following:

Name: (please print) William Sheppard          Home Phone: (    )

Address: _____          Work Phone: (    )

If your complaint is against a Department peace officer, you must read and sign the following statement:

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A PEACE OFFICER FOR ANY IMPROPER PEACE OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZENS' COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

I have read and understand the above statement: W Sheppard          7-15-14

                    Signature          Date

Your complaint may be submitted to any supervisor or manager of the Department, or may be addressed to the Department's Office of Internal Affairs at any of the Regional Offices indicated on the reverse side of this form.

For Departmental Use Only

Official Receiving Complaint          2014 AUG 29 PM 1:55          Institution          Date Received

RECEIVED          RECEIVED
WARDEN'S OFFICE - CMC
RECEIVED
OCT 21 2014          OCT 16 2014
Health Care Appeals          see reverse side for instructions
Health Care Appeals

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Procedure for Processing Citizens' Complaints

*The Department of Corrections and Rehabilitation is committed to ensuring all departmental employees are courteous, ethical and professional in carrying out the Department's mission. The Department shall investigate citizens' complaints against employees to preserve the integrity and morale of the Department, foster public trust and confidence, and ensure accountability to the public. The investigations shall be thorough and impartial, with the intent of correcting or disciplining employees who engage in misconduct, identifying inadequate policies and training, and protecting employees who perform their duties properly from unwarranted criticism. The following outlines the process used by the Department for investigating complaints by citizens and departmental employees.*

1. Section 3391 (b) of Title 15 of the California Code of Regulations specifies that an allegation by a non-inmate of misconduct by a departmental peace officer is a citizens' complaint pursuant to Penal Code Section 832.5. A citizens' complaint against any departmental employee may be initiated by completing and submitting this form to: (a) any departmental hiring authority, including warden/administrator of a correctional institution, parole office, or other departmental office; (b) any departmental supervisor or manager; or, (c) any Regional Office or Headquarters Office of the Department's Office of Internal Affairs. If your complaint regards sexual harassment or discrimination based on race, gender, national origin, religion, sexual orientation, or disability, it may be referred to the Department's Equal Employment Opportunity Office for investigation and appropriate disposition.

2. Provide as much detail as possible on this form to ensure a thorough and timely investigation. Attach additional sheets if necessary to describe your complaint. In addition, attach any documentation you believe supports your complaint. The date, time and location of the incident, where the subject employee(s) works, and names, addresses, and telephone numbers of other involved parties and witnesses are critical to a thorough investigation of your complaint.

3. Your complaint will be investigated by a departmental hiring authority or the Office of Internal Affairs nature and seriousness of the allegation(s). dependingnature and seriousness of the allegation(s). on the

4. As the complainant, you will be contacted during the investigation regarding the information provided on this form and supporting documents, as well as any other knowledge you may have relative to the allegation(s). You may be interviewed regarding your complaint and, if criminal conduct is alleged, you may also be contacted by other federal, state, and/or local law enforcement agencies.

5. The investigator will verify the information you provide by collecting evidence and interviewing witnesses, other involved parties, and the subject employee(s). A final investigative report will be prepared at the conclusion of the investigation and you will be notified of the results of the investigation.

6. The departmental hiring authority will be provided with the investigative report. If any allegations of misconduct are sustained, a determination will be made regarding appropriate corrective and/or disciplinary action against the employee. The Director of Corrections and Rehabilitation has final authority on disciplinary matters.

7. In some cases, the results of the investigation may warrant changes to a departmental policy/procedure to alleviate any future concerns.

8. If formal adverse action is taken against the employee(s), the employee(s) has a right to appeal this action to the State Personnel Board. The Board may uphold the Department's action, or overturn the action based on its own independent evaluation of the allegation(s) and finding(s).

9. Complaints and investigative reports will be retained by the Department for a period of five years.

---

NOTE: A complaint by an inmate or parolee under the Department's jurisdiction shall be made on the Inmate/Parolee Appeal Form (CDC Form 602) under the appeal process outlined in the California Code of Regulations, Title 15, Sections 3084 through 3084.7.

---

**Office of Internal Affairs:**

| Northern Region | Central Region | Southern Region |
|---|---|---|
| P.O. Box 3009 | 5016 California Avenue | 9035 Haven Avenue |
| Sacramento, CA 95812 | Suite 210 | Suite 105 |
| (916) 445-5323 | Bakersfield, CA 93309 | Rancho Cucamonga, CA 91730 |
| | (808) 335-7537 | (909) 483-1594 |

EXHAUSTING STATE REMEDIES
PENAL CODE § 1258/1404

STATE OF CALIFORNIA
CDCR 2142 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## CITIZEN'S COMPLAINT AGAINST EMPLOYEE OF THE
## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

I wish to register a complaint against the following named employee(s) of the California Department of Corrections and Rehabilitation:

| Employee(s) Name | Description (Job title, ID number, vehicle and license number, home ddress, etc. if known) | Employee's Work Location (if known) |
|---|---|---|
| RODNEY G. HOOD | ADMITTING PHYSICIAN | ALVARADO HOSP |
| | | |

| 02/08-10 | 20;38 | ALVARADO HOSPITAL/ SAN DIEGO, CA |
|---|---|---|
| Date(s) of incident | Time of Incident | Location of Incident |

**Details of Complaint** (Include nature of complaint, names and address of witnesses and other involved parties, names of any law enforcement or social services agencies, doctors, or attorneys contacted, a chronology of the events, etc. It is important to include as many factual details as possible so that your complaint may be thoroughly investigated. Attach additional sheets if necessary.)

Dictated by Michael Fraze MD as follows; the patient returns from an ERCP/

stent removal. Patient had severe complications secondary to an (OLD)stent placement that had been become occuladed [left in 3 years] should have been

removed in 90 days at longest  (Removed 9/26/13

SEE ATTACHED DOCUMENT

In order that the Department may contact you relative to your complaint, please provide the following:

Name: (please print) WILLIAM SHEPPARD          Home Phone: (    )

Address:  P.O. BOX 8101 SAN LUIS OBISPO,CA          Work Phone: (    )

If your complaint is against a Department peace officer, you must read and sign the following statement:

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A PEACE OFFICER FOR ANY IMPROPER PEACE OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZENS' COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

I have read and understand the above statement: *W Sheppard*          9-28-14
                                                            Signature                    Date

Your complaint may be submitted to any supervisor or manager of the Department, or may be addressed to the Department's Office of Internal Affairs at any of the Regional Offices indicated on the reverse side of this form.

For Departmental Use Only:

RECEIVED          2014 OCT 23 PM 12:10

Official Receiving Complaint     Office/Institution     Date Received
OCT 2 7 2014          WARDEN'S OFFICE-CMC
                           RECEIVED

Health Care Appeals          see reverse side for instructions

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Procedure for Processing Citizens' Complaints

*The Department of Corrections and Rehabilitation is committed to ensuring all departmental employees are courteous, ethical and professional in carrying out the Department's mission. The Department shall investigate citizens' complaints against employees to preserve the integrity and morale of the Department, foster public trust and confidence, and ensure accountability to the public. The investigations shall be thorough and impartial, with the intent of correcting or disciplining employees who engage in misconduct, identifying inadequate policies and training, and protecting employees who perform their duties properly from unwarranted criticism. The following outlines the process used by the Department for investigating complaints by citizens and departmental employees.*

1. Section 3391 (b) of Title 15 of the California Code of Regulations specifies that an allegation by a non-inmate of misconduct by a departmental peace officer is a citizens' complaint pursuant to Penal Code Section 832.5. A citizens' complaint against any departmental employee may be initiated by completing and submitting this form to: (a) any departmental hiring authority, including warden/administrator of a correctional institution, parole office, or other departmental office; (b) any departmental supervisor or manager; or, (c) any Regional Office or Headquarters Office of the Department's Office of Internal Affairs. If your complaint regards sexual harassment or discrimination based on race, gender, national origin, religion, sexual orientation, or disability, it may be referred to the Department's Equal Employment Opportunity Office for investigation and appropriate disposition.

2. Provide as much detail as possible on this form to ensure a thorough and timely investigation. Attach additional sheets if necessary to describe your complaint. In addition, attach any documentation you believe supports your complaint. The date, time and location of the incident, where the subject employee(s) works, and names, addresses, and telephone numbers of other involved parties and witnesses are critical to a thorough investigation of your complaint.

3. Your complaint will be investigated by a departmental hiring authority or the Office of Internal Affairs nature and seriousness of the allegation(s). dependingnature and seriousness of the allegation(s). on the

4. As the complainant, you will be contacted during the investigation regarding the information provided on this form and supporting documents, as well as any other knowledge you may have relative to the allegation(s). You may be interviewed regarding your complaint and, if criminal conduct is alleged, you may also be contacted by other federal, state, and/or local law enforcement agencies.

5. The investigator will verify the information you provide by collecting evidence and interviewing witnesses, other involved parties, and the subject employee(s). A final investigative report will be prepared at the conclusion of the investigation and you will be notified of the results of the investigation.

6. The departmental hiring authority will be provided with the investigative report. If any allegations of misconduct are sustained, a determination will be made regarding appropriate corrective and/or disciplinary action against the employee. The Director of Corrections and Rehabilitation has final authority on disciplinary matters.

7. In some cases, the results of the investigation may warrant changes to a departmental policy/procedure to alleviate any future concerns.

8. If formal adverse action is taken against the employee(s), the employee(s) has a right to appeal this action to the State Personnel Board. The Board may uphold the Department's action, or overturn the action based on its own independent evaluation of the allegation(s) and finding(s).

9. Complaints and investigative reports will be retained by the Department for a period of five years.

---

**NOTE:** A complaint by an inmate or parolee under the Department's jurisdiction shall be made on the Inmate/Parolee Appeal Form (CDC Form 602) under the appeal process outlined in the California Code of Regulations, Title 15, Sections 3084 through 3084.7.

| Office of Internal Affairs: | Northern Region | Central Region | Southern Region |
|---|---|---|---|
| | P.O. Box 3009 | 5016 California Avenue | 9035 Haven Avenue |
| | Sacramento, CA  95812 | Suite 210 | Suite 105 |
| | (916) 445-5323 | Bakersfield, CA  93309 | Rancho Cucamonga, CA  91730 |
| | | (808) 335-7337 | (909) 483-1594 |

**ALVARADO HOSPITAL**
San Diego, California 92120

**OPERATIVE REPORT**

Visit #: 20439857
MR #: 400626
Patient: SHEPPARD, WILLIAM
Location: 4NW 403/B          C61934
Admitting Physician: Ananthram P. Reddy, MD
Admit Date: 02/07/2010
Service Date: 02/12/2010
Page 1

cc:   Rodney G. Hood, MD (FAX)
      Ananthram P. Reddy, MD (FAX)

**PROCEDURE PERFORMED:**  Endoscopic retrograde cholangiopancreatogram.

**SURGEON:**  Ananthram P. Reddy, MD

**INDICATIONS:**  The patient is a 50-year-old with a history of suspected bile leak, for ERCP. Informed consent was obtained.

**PROCEDURE:**  The patient was monitored throughout the procedure for blood pressure, pulse oximetry, and EKG. The patient was sedated by Anesthesiology.

After adequate sedation, the scope was introduced in a blind fashion into the esophagus and advanced to the descending duodenum. Selective cannulation of the common bile duct was obtained with a Cotton cannulatome. The common bile duct appeared to be dilated. I injected approximately 15 mL of contrast into the biliary tree. However, no distinct stricture or leak was identified. The patient did have a little bit of dye collection in what appeared to be the left hepatic lobe, which appeared a little _____, but it still appeared to be contained within the liver.

At this point in time, I decided to proceed with sphincterotomy and place a stent in order to make sure that even if there was a small bile leak, this would close with drainage. A sphincterotomy was performed without any complications with a 10-French, 12 cm placed. The tip of the stent was noted to be in the common hepatic duct. The stomach was decompressed, the procedure terminated.

**PREOPERATIVE DIAGNOSIS**
Bile leak.

**POSTOPERATIVE DIAGNOSIS**
No distinct evidence of bile leak. However, in view of the clinical presentation and the thickened appearance of the ductal system in the

**ORIGINAL**

Confidential Saved 2013-10-10T22:18:11Z

**ALVARADO HOSPITAL**
San Diego, California 92120

**OPERATIVE REPORT**

Visit #: 20439857
MR #: 400626
Patient: SHEPPARD, WILLIAM
Location: 4NW 404/A          C 61934
Admitting Physician: Leah P. Farinas, MD
Admit Date: 02/07/2010
Service Date: 02/08/2010
Page 2

supine position, intubated by anesthesia without any difficulty.
Attention was then drawn to his abdomen which was prepped and draped
in the usual sterile manner. He did have an umbilical hernia, which I
was not able to reduce even after an anesthetic was administered. A
curvilinear incision was made underneath his umbilicus. I was able to
get around the incarcerated fat and after I was able to reduce it,
I placed a Veress needle. After 15 mm of waters was then reached, a
5-mm trocar was placed under the Optiview system. Initial examination
revealed no evidence of trocar or Veress needle damage. The other 3
ports were placed under direct visualization. It was noted that the
omentum was stuck on the gallbladder. There was fluctuance in the
liver, consistent with a liver abscess. I then took down all the
adhered omentum and colon down off of gallbladder  utilizing blunt
dissection until I was able to see the fundus of the gallbladder. I
held this and lifted the gallbladder up over the liver. I continued
my blunt dissection until I was able to find the infundibulum, which
I retracted inferolaterally. After doing this, I was able to find a
cystic artery which was doubly clipped and then divided, and further
dissection revealed the cystic artery. The cystic artery was clipped
on the gallbladder side. A tenotomy was made and American
cholangiogram catheter was secured in place. The cholangiogram
revealed good filling of the intrahepatic biliary radicles and common
bile duct with free flow of contrast into the small intestine. After
this was done, the cholangiogram catheter then was then removed. The
cystic duct was doubly clipped and then divided. The gallbladder was
taken off the liver bed utilizing electrocautery. In doing so, I
entered in the liver abscess. Purulent fluid was removed
and cultured. The gallbladder was then placed in an EndoCatch bag and
removed through the umbilical port site. I then did a percutaneous
liver biopsy for staging of his hepatitis C. Hemostasis was achieved
using electrocautery. On further examination of the abdomen, it was
noted that the fluctuant area of the liver was over this abscess and
I removed and unroofed it so that it could drain better. This was
sent off to pathology for pathological diagnosis to make sure that
there were no other abnormalities. It was also noted that there was
an abscess above his liver which was drained and irrigated.
After this was done, I removed the insufflation. All the wounds were

**ORIGINAL**

Confidential Saved 2013-10-10T22:18:11Z

**ALVARADO HOSPITAL**
San Diego, California 92120

**TRANSFER SUMMARY**

Visit #: 20439857
MR #: 400626
Patient: SHEPPARD, WILLIAM
Location: 4NW 405/A
Admitting Physician: Rodney G. Hood, MD
Admit Date: 02/07/2010
Disch.: 02/19/10
Page 1

C61934

cc:   Rodney G. Hood, MD (FAX)

**HISTORY:** The patient is a 50-year-old man from Centinela with an 8-day history of diffuse abdominal pain that became localized mostly on the right side. He had right upper quadrant pain radiating to his back with several episodes of nausea and vomiting of gastric contents. He was evaluated at Palo Verde Hospital, showed evidence of cholecystitis and possible liver abscess. He was transferred here for further treatment.

**PHYSICAL EXAMINATION**
**GENERAL:** A well-developed, well-nourished, male.
**VITAL SIGNS:** Blood pressure 126/76, respirations 18, pulse 72, temperature afebrile.
**HEENT:** Examination showed scleral icterus, otherwise negative.
**NECK:** Supple.
**LUNGS:** Clear.
**CARDIOVASCULAR:** Regular without murmurs, gallops, or rubs.
**ABDOMEN:** Right upper quadrant tenderness with deep palpation. No palpable organs. Active bowel sounds.
**NEUROLOGIC:** Symmetrical.

**LABORATORY DATA:** White count on admission was 9400, hemoglobin 11.2, hematocrit 33.4, platelets 261,000. Prothrombin time 11.4, INR 1.1. Urinalysis negative. Glucose 100, sodium 139, potassium 3.4, corrected to 3.9, chloride 104, $CO_2$ 24, BUN 21, creatinine 1.1, SGOT 108, SGPT 123, alkaline phosphatase 176, total bilirubin 4.6, total protein 7.2, albumin 3.1, globulin 4.1, calcium 8.2. Lipase was 60 on the 11 February, decreased to 39 on 12 February. Ammonia was 74, magnesium 2.5, phosphorus 2.3.

**HOSPITAL COURSE:** The patient was admitted to the medical/surgery floor. He had surgical and GI consults. The lab showed evidence of cholecystitis with intra-abdominal abscess. On 8 February, he underwent laparoscopic cholecystectomy and drainage of a liver abscess. He was placed on IV antibiotics. He had a drain that continued to drain. He was followed by infectious disease. Due to the

Confidential Saved 2013-10-10T22:18:11Z

**ALVARADO HOSPITAL**
San Diego, California 92120

Visit #: 20439857
MR #: 400626
Patient: SHEPPARD, WILLIAM
Location: 4NW 405/A
Admitting Physician: Rodney G. Hood, MD
Admit Date: 02/07/2010

**TRANSFER SUMMARY**

Page 2

fact that the patient continued to spike temperatures, GI performed
ERCP and inserted a stent to improve drainage. The patient tolerated
this procedure well. He had a repeat CT scan that showed a small
residual area where the abscess was and absence of his gallbladder.
He remained afebrile from the February 15 until the time of
discharge. His IV antibiotics were discontinued and off of
antibiotics, he continued to remain afebrile. His chest x-ray at one
point showed infiltrates that gradually cleared postop. On the
February 17, he was taken off of all antibiotics, placed on
oral medication, was tolerating a regular diet without any nausea or
vomiting. He was cleared for discharge by surgery and infectious
disease.

**DISCHARGE DIAGNOSES:**
1. Acute cholecystitis, status post laparoscopic cholecystectomy.
2. Liver abscess, status post drainage.
3. ERCP with stent insertion.
4. History of hypertension.

**DISCHARGE MEDICATIONS**
1. Amlodipine 10 mg daily.
2. Atacand 8 mg daily.
3. Colace 100 mg b.i.d.
4. Hydrochlorothiazide 25 mg daily.
5. Protonix 40 mg daily.
6. Simvastatin 20 mg daily.
7. Spironolactone 25 mg b.i.d.
8. Tylenol 650 mg q.6 h. p.r.n.

**DIET:** Regular as tolerated.

**ACTIVITY:** As tolerated.

**ORIGINAL**

Confidential Saved 2013-10-10T22:18:11Z

Dear Kirby, T
                appeals Coordinator
i am Writting to ask about my appeal
tracking tag # CeN HC 13026669 SeceND LeveL Due
Date 12-5-2013

I AM NOW AT CALIFORNIA MEN's CoLoNY STATe pRiSoN
            P o Box 8101
            SAN Luis OBispo CA 93409-8101
I ARRiveD HeRe ON 12-12-2013.

BuT I WAS Due To hAve A MeeTTiNG WiTh You ON 12-5-2013 So
WouLD You pLeASe LeT Me KNOW WhATs GoiNG ON
                ThANK You
                SiNCeReLY
            WiLLiAM SheppARD



Mr. Sheppard -
        Your appeal was completed and
signed on 1-6-2014. It was sent
(mailed) to you at CMC on 1-7-2014

                Ms. Kirby, AGPA
                CEN-HC Appeals

I am sending a copy of a inmate document care appeal CDCR 602
HC (REV. 6/13 LOG 13026669.

AND Supporting Documents

Triage and treatment area progress note Dictated BY Michael ████
Fraze at Centinela state prison C-yeard

RECEIVED

OCT 2 1 2014

Health Care Appeals

August 12, 2014

TO: Board of Control
FROM: William Sheppard
Subject: 90 Day Extention

Thank you in advance for your assistance for information on
the status of my request for an extention.

The extention was requested on  or about July 9 2014. Would
you inform me as to who is handling my request for an extention.

I want to thank you for you consideration in the foregoing
matter.

Yours truly

*William Sheppard*

William Sheppard

RECEIVED

OCT 2 1 2014

Health Care Appeals

2014 AUG 29 PM 1:55
WARDENS OFFICE-CMC
RECEIVED

RECEIVED

OCT 1 6 2014

Health Care Appeals

## Pioneers Memorial Healthcare District - Brawley, CA 92227

| | | | |
|---|---|---|---|
| **Address** | 207 W. Legion Road | | |
| **Patient:** | C61934CEN CDC | **DOB:** | 9/6/1959 |
| **MR #:** | 362989 | **Age/Gender:** | 50y M |
| **DOS:** | 2/6/2010 22:05 | **Acct #:** | 100985371 |
| **Private Phys:** | | **ED Phys:** | Michael H. Bishop, DO |

02/06/10 23:05 Blood obtained from the left antecubital attempted times 1 . drawn by RN Sent to lab. <JJL>

02/06/10 23:05 Monitoring: The patient is being monitored with automatic blood pressure cuff, cardiac monitor and pulse ox (continuous monitoring) <JJL>

02/06/10 23:05 MAR: IV fluids only Site #1: 18 gauge Angiocath left antecubital area on 1 attempt using standard tubing infused at 125 ml/hr Normal Saline IV 125 ml/hr

02/06/10 23:15 Rhythm: Normal sinus rhythm <JJL>

02/07/10 00:12 MAR: IVP Site #1: 2 minutes Toradol Intravenous 30mg (read back verbal order) Michael Bishop DO

02/07/10 00:12 MAR: Given Tylenol PO 1 g (read back verbal order) Michael Bishop DO

02/07/10 00:12 MAR: Positive response:Tolerated well Normal Saline IV 125 ml/hr

02/07/10 00:14 Nursing - Assessment Note:
<JJL>Pt. complaining of feeling real cold. Pt. having chills. Pt. is febrile with fever of 102.8. Pt. to be medicated for fever. No change in neuro status. Will continue to monitor.

02/07/10 00:50 MAR: Positive response: Tolerated well, Good relief Toradol Intravenous 30mg (read back verbal order) Michael Bishop DO

02/07/10 01:16 Rhythm: Normal sinus rhythm <JJL>

02/07/10 01:30 Nursing - Assessment Note:
<JJL>Condition improved. Vitals stable. Temperature improved. States he is feeling better at this time. Tolerated Abx well. IV site clear of redness or swelling. Denies any pain or N/V. Will continue to monitor.

02/07/10 01:51 MAR: IVPB Site #1: Flagyl 500 milligrams diluted in 100 ml NS infused at 100 ml/hr 1 hour Flagyl w/ Brown Bag IV 500 mg

02/07/10 02:31 MAR: Positive response: Tolerated well, No signs of allergic reaction Flagyl w/ Brown Bag IV 500 mg

02/07/10 02:31 MAR: Positive response: Good relief, Tolerated well, decreased temperature Tylenol PO 1 g (read back verbal order) Michael Bishop DO

02/07/10 03:16 Rhythm: Normal sinus rhythm <JJL>

02/07/10 03:28 MAR: IVPB Site #1: Primaxin 1 grams diluted in 100 ml NS infused at 100 ml/hr 1 hour Primaxin IV 1 g

02/07/10 03:30 Nursing - Assessment Note:
<JJL>Pt. condition stable and in NAD. Vitals stable. NO resp. distress. Afebrile. Tolerating meds well. States he is feeling fine at this time. Bed in low locked position with side rails upx 2. Guards at the bedside.

02/07/10 04:10 MAR: Positive response: Tolerated well, No signs of allergic reaction Primaxin IV 1 g

02/07/10 04:12 MAR: Given Tylenol PO 1 g (read back verbal order) Michael Bishop DO

02/07/10 04:12 MAR: Given Toradol Intravenous 30mg (read back verbal order) Michael Bishop DO

02/07/10 05:15 Nursing - Assessment Note:
<JJL>Pt. to be transferred to Alvarado Hospital in San Diego. Pt. signed consent. Pt. states he is feeling better at this time. Denies any pain or N/V at this time. AAOx3. No resp. distress at this time. Awaiting transfer team at this time. Bed in low locked position with side rails up x2. Guards at the bedside.

02/07/10 05:23 MAR: Positive response: Good relief, Fever relieved Toradol Intravenous 30mg (read

Confidential Saved 2013-10-10T22:18:11Z

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES


**Date:** 11/10/2014                                          **CANCELLATION NOTICE**

**To:**   SHEPPARD, WILLIAM (C61934)
          A 002 2214001L
          California Men's Colony
          P.O. Box 8101
          San Luis Obispo, CA 93409-8101

**Tracking/Log #:**   CMC HC 14048814

It has been determined your appeal submitted does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being cancelled and returned to you for the following reason(s):

**Duplicate:** CCR, Title 15, Section 3084.6(c)(2) states, "The appeal duplicates an inmate or parolee's previous appeal upon which a decision has been rendered or is pending," and Section 3084.6(a)(5) states, "Erroneous acceptance of an appeal at a lower level does not preclude the next level of review from taking appropriate action, including rejection or cancellation of the appeal."

This is an issue which has been addressed with a decision on appeal log # CEN HC 13026669. As stated in the appeal log # CEN HC 13026669 you may wish to contact the California Victim Compensation and Government Claims Board, P. O. Box 3035, Sacramento, CA 95812-3035 in regards to monetary compensation.

*K. Lino*
Lino, K.
Health Care Appeals Office
California Men's Colony

Cancellation Note: Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. When an appeal is cancelled, your administrative remedies have not been exhausted pursuant to Title 15 CCR Section 3084.1(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 04/11)    *TABE 8.1/NCF*
Side 1

| STAFF USE ONLY | | | Institution: | Log #: | Category: |
|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | Cmcuc | 14048814 | 8 |
| Signature: | | Date: | | FOR STAFF USE ONLY | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| WILLIAM Sheppard | C-61934 | 2214 | PIA |

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
Medical Malpractice

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 10/29/14
Recived Log CMC HC 14048758-Cancelation Notice for a
General Allegation against health care proffesionals at
Centinela state prison -for leaving a stent inside Me

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I with all due
Diligences,I wish to exhaust the appeal remeady of this
Complaint and proceed Imeadiatecy too the United states
District court for claim of monetary Damages .

☒ Supporting Documents: Refer to CCR 3084.3.

☐ List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):
Triage and Treatment area Progress Note
Cancellation Notice and Rejection Notice

☐ No, I have not attached any supporting documents. Reason :_____

Patient/Inmate Signature: W Sheppard          Date Submitted: 11-2-14

☐ By placing my initials in this box, I waive my right to receive an interview.

RECEIVED
NOV ☐ 2014
Health Care Appeals

U
S
E

O
N
L
Y

C. First Level - Staff Use Only          Staff – Check One: Is CDCR 602-A Attached? ☒ Yes  ☐ No

This appeal has been:
☒ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) :  Date:_____ Date:_____ Date:_____ Date:_____
☒ Cancelled (See attached letter):  Date: 11|10|2014
☐ Accepted at the First Level of Review
Assigned to:_____ Title:_____ Date Assigned:_____ Date Due:_____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview:_____  Interview Location:_____
Your appeal issue is: ☐ Granted  ☐ Granted in part  ☐ Denied  ☐ Other:_____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer:_____ (Print Name)  Title:_____ Signature:_____ Date completed:_____
Reviewer:_____ (Print Name)  Title:_____ Signature:_____

Date received by HCAC:_____

| HCAC Use Only | |
|---|---|
| Date mailed/delivered to appellant: __/__/__ | |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)                                                                          Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | Cmc IOC | 1404734 | 8 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded.**          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| William H.Sheppard | C-61934 | 2214 | PIA |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** After Surgery to remove My gullbladder,DONE By a physician at Alvarado hosipital in San Diego Calif , the stent was only to stay inside My body For a minimum of 30 days ,and no longer than 90 Days BUt? Instead it remained in Me for (3)three years Causing Irreparble damagine to My Pancreas . the stent was finally Removed Sept.26 2013 I am now a Diabetic with on ; set Diabetes for the rest of My life . I have Followed the Instructions form the Rejection Notice Log CMC HC 1404734. But too no avail ,I have not Recieved Due Process of this Complaint for Medical Malpractice  Please See Treatment And Triage Area Progress Note )Dictated By M.D. Micael Fraze of Medical department at centinela state prison.

RECEIVED
NOV 5 - 2014
Health Care Appeals

Inmate/Parolee Signature: W Sheppard   Date Submitted: 11-2-2014

**B. Continuation of CDCR 602, Section B only (Action requested):** Damages Rendered from the Neglect of Medical Care.

Inmate/Parolee Signature: W Sheppard   Date Submitted: 11-2-2014

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
William H. Sheppard
C-61934

**DEFENDANTS**
Rodney G. Hood, MD, et al.

FILING
FEE PAID
IFP MOTION FILED
COPIES SENT TO
Court    Pro Se

FILED
JAN 0 8 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

**(b)** County of Residence of First Listed Plaintiff   San Luis Obispo
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
William H. Sheppard
PO Box 8101
SanLuis Obispo CA 93409-8101

Attorneys *(If Known)*

15CV0049 BAS RBB

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983
Brief description of cause:
Prisoner Civil Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                                    DOCKET NUMBER

DATE
01/08/2015

SIGNATURE OF ATTORNEY OF RECORD
s/SKHoestenbach

### FOR OFFICE USE ONLY

RECEIPT #          AMOUNT                 APPLYING IFP              JUDGE              MAG. JUDGE



CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

02 1R
0006554230         $ 03.08°
                   JAN 05 2015
MAILED FROM ZIP CODE 93409

CALIFORNIA MENS COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101
Name: William Sheppard
CDCR: C61934 CELL: 5214

STATE PRISON
GENERATED MAIL

ATTN: COURT CLERK
SouThern DisTrict of CALiForniA
SAN DiEGo
EDWARD J. SChWARTZ   COUrT HoUsE
221 WEST BroArd WAY
SAN DiEGo CALiFORNiA 92101



JAN 0 8 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

12/31/14

R. McConihay

Legal Mail
Certified Trust Statement enclosed